UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DION JACKSON,

      Plaintiff,

v.                                                                           Case No:   2:15-cv-666-FtM-99CM

CITY AND COUNTY OF NAPLES,
FLORIDA, DONNA FIALA,
PENNY TAYLOR, TOM
HENNING, GEORGIA A. HILLER,
TIM NANCE, JEFF WRIGHT,
AMY LYBERG, JEFF
LETOURNEAU, ERIC SHORT,
PATRICK BALDWIN, JONATHAN
MUSSE and JOHN CONNETTA,

      Defendants.

_____

## ORDER

This matter comes before the Court upon review of *Pro Se* Plaintiff's Letter

dated December 16, 2015 (Doc. 11) filed on December 21, 2015, which the Court

construes as a Motion to Update Address and Provide Copies.   Plaintiff requests that

his address be updated to include his apartment number.   A review of the docket

reveals that Plaintiff's address has been updated to include his apartment number;

therefore, this request is moot.   Plaintiff also requests that a copy of the case docket

and copies of any documents that have been filed in the case.   Until the Court rules

on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3), he may be liable for the

costs associated with copies of any documents he seeks.

ACCORDINGLY, it is hereby

**ORDERED:**

1.      *Pro Se* Plaintiff's Letter dated December 16, 2015 (Doc. 11), which the Court construes as a Motion to Update Address and Provide Copies is **GRANTED in part.**

2.      The Clerk is directed to send a courtesy copy of the case docket to Plaintiff's address.

3.      Plaintiff is directed to contact the Clerk and inquire as to the cost of obtaining the specific documents which he is seeking, and proceed accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida on this 24th day of December, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record