UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DION JACKSON,

      Plaintiff,

v.                                Case No:   2:15-cv-666-FtM-99CM

CITY AND COUNTY OF NAPLES,
FLORIDA, DONNA FIALA, PENNY
TAYLOR, TOM HENNING,
GEORGIA A. HILLER, TIM NANCE,
JEFF WRIGHT, AMY LYBERG,
JEFF LETOURNEAU, ERIC SHORT,
PATRICK BALDWIN, JONATHAN
MUSSE and JOHN CONNETTA,

      Defendants.

_____/

**ORDER**[1]

      This matter comes before the Court on review of *pro se* Plaintiff Dion Jackson's Response to Show Cause Order (Doc. #15) filed on August 25, 2016.  Two weeks earlier, the Court ordered him to show cause why his case should not be dismissed for failure to file an amended complaint in accordance with United States Magistrate Judge Carol Mirando's order (Doc. #13).  (Doc. #14).  Plaintiff now maintains that he never received Judge Mirando's order but that he "strongly desires to pursue his complaint."  (Doc. #15).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Because of Plaintiff's *pro se* status and in an abundance of caution, the Court will allow Plaintiff to file an amended complaint.[2]

Accordingly, it is now

**ORDERED:**

(1) The Court will take no further action on its Order to Show Cause dated August 10, 2016.  (Doc. #14).

(2) Plaintiff may file an amended complaint that complies with the Federal Rules of Civil Procedure on or before **October 7, 2016**.[3]  **Failure to file an amended complaint by that date will result in dismissal of this case without further notice.**

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of September, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2] Plaintiff includes a section titled, "Amended Complaint," in his Response to Show Cause Order.  (Doc. #15 at 2-3).  Because that section does not state, among other thing, any cause of action against the name defendants, the Court will not construe it as the operative pleading in this case.

[3] The Court provides a handbook and other information to individuals proceeding without a lawyer on its website: http://www.flmd.uscourts.gov/pro_se/default.htm.