UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DION JACKSON, Uber-G

      Plaintiff,

v.                                   Case No:  2:15-cv-666-FtM-99CM

CITY AND COUNTY OF NAPLES,
FLORIDA, DONNA FIALA, PENNY
TAYLOR, TOM HENNING,
GEORGIA A. HILLER, TIM NANCE,
JEFF WRIGHT, AMY LYBERG,
JEFF LETOURNEAU, ERIC SHORT,
PATRICK BALDWIN, JONATHAN
MUSSE, JOHN CONNETTA and
JASON BRIDWELL,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court on review of the file.  On February 1, 2017,

summons' were issued to fourteen Defendants. (Docs. 25-38).  Six days later, a United

States Marshal perfected personal service on Defendants. (Docs. 42-55).  But the United

States Marshal 285 Form fails to identify whether the Office of the United States Marshals

mailed the forms to Defendants prior to effecting personal service.  It is customary in the

Fort Myers Division to mail the forms prior to personal service.  Accordingly, the Court

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

directs the Office of the United States Marshals in the Fort Myers Division to advise the Clerk whether Defendants were allowed an opportunity to waive personal service.  The Clerk shall then notate the docket accordingly.

Accordingly, it is now

**ORDERED:**

(1) The Office of the United States Marshals in the Fort Myers Division shall advise the Clerk, either in writing or orally, as to whether it allowed Defendants an opportunity to waive personal service by mailing the service forms prior to effectuating personal service.

(2) The Clerk shall immediately notate the docket based on the information obtained from the United States Marshals.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of March, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record