UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DION JACKSON, Uber-G

    Plaintiff,

v.

Case No: 2:15-cv-666-FtM-99CM

CITY AND COUNTY OF NAPLES,
FLORIDA, DONNA FIALA,
PENNY TAYLOR, TOM
HENNING, GEORGIA A. HILLER,
TIM NANCE, JEFF WRIGHT,
AMY LYBERG, JEFF
LETOURNEAU, ERIC SHORT,
PATRICK BALDWIN, JONATHAN
MUSSE, JOHN CONNETTA and
JASON BRIDWELL,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Request for Access to CM/ECF System (Doc. 84) filed on May 5, 2017. Plaintiff, who is representing herself *pro se* in this matter, requests electronic notification of filings via the Court's Case Management and Electronic Case Filing (CM/ECF) system, as well as the ability to file documents electronically. Plaintiff makes the request due to "convenience and time considerations." Doc. 84.

This Court's Administrative Procedures for Electronic Filing state that *pro se* litigants are not allowed to utilize CM/ECF without authorization from the Court. The Court, having reviewed the Motion and considered the circumstances, does not find good cause exists to allow the Plaintiff access to electronic notification and/or

filing. Plaintiff may prosecute this lawsuit via the U.S. Mail and by accessing the computer terminals at the Clerk's Office in Fort Myers. Plaintiff is cautioned that she must stay apprised of this matter and participate fully, complying with both the Local Rules and the Federal Rules of Civil Procedure.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Request for Access to CM/ECF System (Doc. 84) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of May, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record