Dion Jackson
540 Trinity Lane
Saint Petersburg, FL 33716
(239) 940-0634
dion@chantellgroup.com



## U.S. DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Dion Jackson ("UBER-G")
        Plaintiff,

v.
                                      **Case No.** 2:15-cv-666-Ftm-99cm

COUNTY OF COLLIER, FLORIDA, et. al.
        Defendants.

## PLAINTIFF'S NOTICE OF SETTLEMENT IN REGARDS TO COMMISSIONER DEFENDANTS
## AND REQUEST FOR AN ENLARGEMENT OF TIME TO AMEND COMPLAINT

COMES NOW the Plaintiff, Dion Jackson, and gives NOTICE of his agreement of SETTLEMENT OF COMMISSIONER DEFENDANTS and REQUEST AN ENLARGEMENT OF TIME TO OBTAIN COUNSEL AND AMEND COMPLAINT.

### STATEMENT

1. On June 7, 2017, the Plaintiff met in mediation with the counsel for Collier County Commissioner Defendants Donna Fiala, Penny Taylor, Tom Henning, Georgia Hiller, Tim Nance and Amy Lyberg; Attorney Robert Shearman.

2. In this mediation, the Plaintiff and Attorney Shearman reached a settlement whereby it was agreed that for monetary consideration, the Plaintiff would dismiss Collier County and the Defendant Commissioners from this action.

3. The Plaintiff requests a fifteen day (15) enlargement of time wherein he can obtain counsel to amend his complaint to reflect the dismissal of the Commissioner Defendants, and to further litigate this action.

4. A history of this action will reveal that (i) Attorney Shearman presented a MOTION TO DISMISS the Defendant Collier County Commissioners from this action predicated upon an insufficient pleading of these defendants' role in his complaint; (ii) the Plaintiff submitted his REQUEST FOR LEAVE TO AMEND COMPLAINT of which counsel did not oppose and was granted by this Court; and (iii) the remaining Defendants were not a part of counsel's MOTION TO DISMISS and the remainder of the complaint was structurally sound to proceed.

5. As such, the Plaintiff does not envision any prejudice to the defendants if this MOTION FOR ENLARGEMENT OF TIME were granted, nor would it serve to further delay this action.

_____
Dion Jackson, Pro Se

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2017, I mailed PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR ENLARGEMENT OF TIME. to Attorney Kyle C. Dudek, Counsel for Non-Collier County Defendants, P.O. Box 280, Fort Myers, FL 33902 on the date appearing infra, by affixing sufficient postage thereon and depositing same with the U.S. Postal Service (U.S.P.S.) located here in St. Petersburg, Florida.

Dated this ____ day of _____, 2017.

By: _____